```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-CR-0339 LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING SENTENCING HEARING |
| v. | ) Old Date: Oct. 14, 2011<br>) Old Time: 9:00 a.m. |
| JUAN CHAVEZ MARTINEZ, | ) |
| Defendant. | ) **New Date: November 4, 2011**<br>) **New Time: 9:00 a.m.**<br>) **Courtroom: Four**<br>) (Hon. Lawrence J. O'Neill) |

Defendant Juan Chavez-Martinez pled guilty on July 22, 2011, in this case. Sentencing is currently set for October 14, 2011, at 9:00 a.m. and the parties have stipulated and agreed to continue the sentencing until November 4, 2011 at 9:00 a.m. or such other date as is convenient to the Court.

The continuance is requested to allow defense counsel sufficient time to fully respond to the government's sentencing memorandum; to allow for the possibility that the defendant is able to meet the

///

///

___
Stipulation & [Proposed] Order Continuing Sentencing Hearing

qualifications for a 'safety valve' sentence reduction such that the government withdraws its current objection; and to accommodate a work-related scheduling conflict for government counsel.

Respectfully submitted,

Dated: October 13, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/ Kevin P. Rooney
                                 KEVIN P. ROONEY
                                 Assistant U.S. Attorney


Dated: October 13, 2011           /s/ Martin Taleisnik
                                 MARTIN TALEISNICK
                                 Attorney for Defendant
                                 Juan Chavez Martinez

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from October 14, 2011 to November 4, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:     October 13, 2011**                    /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE